David S. Pultz et al., Appellants, v Catherine Economakis et al., Respondents.

Submitted February 11, 2008; decided February 14, 2008

Motion by Community Housing Improvement Program, Inc., et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and 24 copies filed within seven days.

David S. Pultz et al., Appellants, v Catherine Economakis et al., Respondents.

Submitted February 11, 2008; decided February 14, 2008

Motion by the Rent Stabilization Association of New York City, Inc. for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of Robert M. Restaino, as Judge of the Niagara Falls City Court, Niagara County, Petitioner. State Commission on Judicial Conduct, Respondent.

Submitted February 11, 2008; decided February 14, 2008

Judge Pigott taking no part.